AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

United States of America
v.

AMIT KUMAR JAIN

Defendant

)
)
)
)
)
)
)

Case No.   2:25-cr-00277-002

FID: 11884407

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     AMIT KUMAR JAIN

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1349 CONSPIRACY TO COMMIT WIRE FRAUD
18 U.S.C. 1343 WIRE FRAUD
18 U.S.C. 1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING

**RECEIVED**
**By KKrapp at 1:06 pm, Nov 05, 2025**

Sarah Sewall
Name of Issuing Officer

*Sarah Sewall*
Signature of Issuing Officer

Case Administration Supervisor
Title of Issuing Officer

11/05/2025          Pittsburgh
Date and Location

| Return |
| --- |

This warrant was received on *(date)*  11/05/2025  , and the person was arrested on *(date)*  12/05/2025
at *(city and state)*  Vienna, Virginia  .

Date:  12/05/2025

Matthew J. Ragan
Arresting officer's signature

MATTHEW J. RAGAN, SPECIAL AGENT
Printed name and title